**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leonard JENNINGS, a.k.a. Needie Jennings, Defendant– Appellant.**

**No. 12–11406 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 31, 2012.

Michael Caruso, Federal Public Defender, Hector Alejandro Dopico, Federal Public Defender's Office, Miami, FL, Leonard Jennings, Coleman, FL, for Defendant–Appellant.

Before BARKETT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Hector Dopico, appointed counsel for Leonard Jennings in this 18 U.S.C. § 3582(c)(2) appeal, has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's grant of § 3582(c)(2) relief is **AFFIRMED.**